Opinion issued August 20, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00008-CV

____________


THE INTERFINANCIAL CORPORATION, Appellant


V.


SIMON JACOBSON, IN HIS CAPACITY 

AS EXECUTOR OF THE ESTATE OF 

MARCEL DEGRAYE, DECEASED, Appellee






On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2005-81043






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices, Keyes, Hanks, and Bland.